UNITED STATES DISTRICT COURT        EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA        §
§
§
*versus*        §        NO. 1:25-CR-106-MAC
§
§
RICHARD DAVID JOHNSON        §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson recommended:

1.    finding the Defendant violated the fourth allegation in the petition that he failed to follow a standard condition of release;

2.    revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.    sentencing the Defendant to a term of 10 months' imprisonment with two years of supervised release to follow. The court adopts the magistrate judge's recommended findings for the imposition of the same standard, mandatory, and special conditions of supervised release previously imposed when the Defendant was originally sentenced.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant

also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Richard David Johnson's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 11th day of May, 2026.

 

 

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE